UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA BUSCHE, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>URS ENERGY AND CONSTRUCTION, INC., an Ohio corporation, and BECHTEL NATIONAL, INC., a Nevada corporation,<br><br>　　　　　　Defendants. | No.  CV-13-5016-EFS<br><br>**ORDER DISMISSING CASE** |

　　　On April 17, 2014, Plaintiff Donna Busche filed a Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 66. Defendants do not oppose the motion but request that the Court dismiss this lawsuit in its entirety and without condition. The Court grants Plaintiff's motion to dismiss her claims in this lawsuit, making no decision as to the preclusive effect the dismissal has on the Department of Labor action(s). Accordingly, **IT IS HEREBY ORDERED:**

　　　**1.**　Plaintiff's Motion to Dismiss with Prejudice, **ECF No. 66**, is **GRANTED.**

　　　**2.**　All claims in this lawsuit are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

ORDER DISMISSING CASE - 1

1       **3.**     All pending motions are **DENIED AS MOOT.**

2       **4.**     All hearings and other deadlines are **STRICKEN.**

3       **5.**     The Clerk's Office is directed to **CLOSE** this file.

4       **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this

5    Order and provide copies to all counsel.

6       **DATED** this   23rd   day of May 2014.

7
                            s/Edward F. Shea
8                            EDWARD F. SHEA
                    Senior United States District Judge

Q:\EFS\Civil\2013\5016.stip.dism.lc1.docx

ORDER DISMISSING CASE - 2